IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE SKYPE ID ANAMARIE053, STORED AT PREMISES CONTROLLED BY MICROSOFT CORPORATION | Case No. 2:22-mj-00089-KFW<br><br>Filed Under Seal |

**GOVERNMENT'S RESPONSE TO ORDER TO SHOW CAUSE**

The United States of America respectfully responds to the Order to Show Cause issued by the Court on July 19, 2022.[1]

The Court issued the above-captioned search warrant on June 10, 2022. The case agent served the warrant on Microsoft later the same day. Government counsel has confirmed with the case agent that Microsoft has not yet provided any information in response to the warrant.

Under the circumstances, in which the government promptly executed the search warrant but has not yet received electronically stored information from the third party in possession of the information, the government requests that it be given an additional 45 days, until September 25, 2022, to return the search warrant. The government is requesting a 45-day extension in part because of the disruption caused by the coronavirus pandemic and the delays it is still causing in providers like Microsoft responding to legal process. In addition, Microsoft historically has required a lengthy period of time to respond to similar warrants. If Microsoft responds to the

---

[1] Counsel apologizes for the delay in responding to the Court's order. Given the nature of the warrant and the fact that a response has not yet been received, counsel inadvertently overlooked the due date for a response.

warrant prior to September 25, the government will file the return as soon as it receives the responsive information.

For the foregoing reasons, the government requests that it be permitted to file the return for the above-captioned warrant by September 25, 2022, or as soon as Microsoft provides the information specified in the warrant.

    Respectfully submitted,

    DARCIE N. MCELWEE
    UNITED STATES ATTORNEY

    Craig M. Wolff
    Assistant United States Attorney
    U.S. Attorney's Office
    100 Middle Street Plaza, E. Tower
    Portland, ME  04101
    (207) 780-3257

Dated: August 11, 2022