AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

<b>Return</b>

| Case No.:<br>2:22-mj-89-KFW | Date and time warrant executed:<br>June 10, 2022 @ 4:40PM EST | Copy of warrant and inventory left with:<br>Microsoft Corporation, USA |
|---|---|---|

Inventory made in the presence of :
N/A

Inventory of the property taken and name(s) of any person(s) seized:

On August 15, 2022, HSI Special Agent (SA) Anthony Castellanos received notification from Microsoft indicating data associated with submission locator ID GCC-1940659-Q3C5G4 / 2:22-mj-89-KFW was available for download. On August 16, 2022, SA Castellanos logged into the Microsoft portal and downloaded 36 password protected zip files containing data on anamarie053 Skype account.

<b>Certification</b>

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/26/2022

_Executing officer's signature_

Anthony Castellanos Special Agent
_Printed name and title_